

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-10-00108-CR

_____

WILLIAM THOMAS LANTRIP, SR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 09-0206X

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

William Thomas Lantrip, Sr., appeals his conviction on two counts of attempted capital murder. In a single appeal, Lantrip challenges these convictions and one for murder addressed in our opinion in cause number 06-10-00107-CR. The issues, facts, and evidence are the same in both cases. For the reasons stated in our opinion in that case, we likewise affirm the judgments and sentences in the instant cause.[1]

Bailey C. Moseley
Justice

Date Submitted:     January 12, 2011
Date Decided:       February 4, 2011

Do Not Publish

---

[1]See our opinion issued in *Lantrip v. State*, cause number 06-10-107-CR.